UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In re:                                                    §
OPTISENSE NETWORK, LLC                                    §         Case No.  14-40550
                                                         §
                              Debtor(s)                  §
                                                         §

---

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Mark A. Weisbart, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $5,134,670.80                    Assets Exempt: NA
(Without deducting any secured claims)

Total Distributions to Claimants: $548,717.67      Claims Discharged
                                                    Without Payment: NA

Total Expenses of Administration: $170,487.42

3) Total gross receipts of $719,205.09 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $719,205.09 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $6,484,362.34 | $343,245.42 | $327,763.61 | $327,763.61 |
| PRIORITY CLAIMS CHAPTER 7 ADMIN. FEES AND CHARGES(from **Exhibit 4** ) | NA | $280,044.02 | $170,487.42 | $170,487.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $798,114.76 | $155,191.84 | $134,804.86 | $134,804.86 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $24,500,492.54 | $15,073,312.49 | $15,066,621.03 | $86,149.20 |
| **TOTAL DISBURSEMENTS** | $31,782,969.64 | $15,851,793.77 | $15,699,676.92 | $719,205.09 |

4) This case was originally filed under chapter 7 on 03/12/2014. The case was pending for 35 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    02/16/2017                                By :    /s/ Mark A. Weisbart

                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

UST Form 101-7-TDR (10/1/2010) (Page: 2)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE 1 | AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1121-000 | $18,865.09 |
| Overdraft Bank Fees Refund | 1229-000 | $466.00 |
| Cancelled Insurance Policy Refund | 1229-000 | $4,756.00 |
| Sale Per Asset Purchase Agreement | 1229-000 | $695,000.00 |
| Overpayment for Storage Unit Refunded by Bastian | 1290-000 | $118.00 |
| **TOTAL GROSS RECEIPTS** | | $719,205.09 |

1The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ANDREW BYRD & PETER | 4210-000 | NA | $290,000.00 | $290,000.00 | $290,000.00 |
| 00000 | Collin County Tax | 4800-000 | $24,975.93 | $52,199.69 | $37,763.61 | $37,763.61 |
| 00001 | OPSENS | 4210-000 | NA | $1,045.73 | $0.00 | $0.00 |
| | Andrew W. Byrd | | $22,000.00 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $52,000.00 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $55,305.06 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $100,000.00 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $200,000.00 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $200,131.51 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $304,241.09 | NA | NA | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew W. Byrd | | $307,693.14 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $402,104.11 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $509,534.25 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $515,287.67 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $520,881.38 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $521,728.15 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $524,776.56 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $1,698,727.56 | NA | NA | $0.00 |
| | Kenneth L. Maun | | $24,975.93 | NA | NA | $0.00 |
| | Liberty Trust Company, Ltd. | | $500,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $6,484,362.34 | $343,245.42 | $327,763.61 | $327,763.61 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Weisbart | 2100-000 | NA | $39,210.25 | $39,210.25 | $39,210.25 |
| USI SOUTHWEST DALLAS | 2300-000 | NA | $1,205.00 | $1,205.00 | $1,205.00 |
| SHATTUCK & ASSOCIATES | 3610-000 | NA | $4,000.00 | $4,000.00 | $4,000.00 |
| PIEDMONT BUSHINGS AND | 2820-000 | NA | $8,977.48 | $8,977.48 | $8,977.48 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $788.00 | $788.00 | $788.00 |
| Mark Weisbart | 2200-000 | NA | $1,822.33 | $1,822.33 | $1,822.33 |
| MARK A. WEISBART | 3110-000 | NA | $97,495.35 | $94,447.50 | $94,447.50 |
| DGLF CPAS AND BUSINESS ADVISORS | 3410-000 | NA | $12,061.25 | $11,735.25 | $11,735.25 |
| MARK A. WEISBART | 3120-000 | NA | $97,495.35 | $3,047.85 | $3,047.85 |
| DGLF CPAS AND BUSINESS ADVISORS | 3420-000 | NA | $12,061.25 | $326.00 | $326.00 |
| First National Bank of Vinita | 2600-000 | NA | $4,927.76 | $4,927.76 | $4,927.76 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $280,044.02 | $170,487.42 | $170,487.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Max Kenworthy | | $3,887.64 | NA | NA | $0.00 |
| | Michael Lacaze | | $7,211.41 | NA | NA | $0.00 |
| | Phillip Davis | | $15,383.86 | NA | NA | $0.00 |
| | Stephen Prince | | $391,756.24 | NA | NA | $0.00 |
| | Steven Bastian | | $6,979.20 | NA | NA | $0.00 |
| | Ye Li | | $9,116.22 | NA | NA | $0.00 |
| | Yupin Boone | | $2,068.63 | NA | NA | $0.00 |
| | Andre DeFreitas | | $2,191.90 | NA | NA | $0.00 |
| | Avery Ashby | | $7,073.16 | NA | NA | $0.00 |
| | Benjamin Siebach | | $131,169.83 | NA | NA | $0.00 |
| | Brandon Gulrich | | $9,363.88 | NA | NA | $0.00 |
| | Daniel Taylor | | $1,700.34 | NA | NA | $0.00 |
| | David Bauerle | | $7,908.31 | NA | NA | $0.00 |
| | Dennis Britt | | $14,422.35 | NA | NA | $0.00 |
| | Eric Henion | | $8,613.02 | NA | NA | $0.00 |
| | Fred Williams | | $1,884.40 | NA | NA | $0.00 |
| | Grant Kenworthy | | $6,538.54 | NA | NA | $0.00 |
| | Jeffrey Connelly | | $6,751.00 | NA | NA | $0.00 |
| | Jenny Nguyen | | $2,521.39 | NA | NA | $0.00 |
| | Ji Daley | | $7,110.56 | NA | NA | $0.00 |
| | Jim Glose | | $6,000.08 | NA | NA | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Max Beasley | | $14,422.35 | NA | NA | $0.00 |
| 000006 | INTERNAL REVENUE SERVICE | 5800-000 | NA | $0.00 | $0.00 | $0.00 |
| 000010 | PHILIP DAVIS | 5200-000 | $12,475.00 | $12,475.00 | $12,475.00 | $12,475.00 |
| 000037 | GRANT KENWORTHY | 5200-000 | $6,538.54 | $6,538.54 | $6,538.54 | $6,538.54 |
| 000038 | DENNIS BRITT | 5200-000 | $12,475.00 | $12,475.00 | $12,475.00 | $12,475.00 |
| 000039 | MAX KENWORTHY | 5200-000 | $3,887.64 | $3,887.64 | $3,887.64 | $3,887.64 |
| 000040 | YE LI | 5200-000 | $9,116.22 | $9,116.22 | $9,116.22 | $9,116.22 |
| 000041A | STEPHEN PRINCE | 5200-000 | $12,475.00 | $12,475.00 | $12,475.00 | $12,475.00 |
| 000042A | MAX H. BEASLEY III | 5200-000 | $12,475.00 | $12,475.00 | $12,475.00 | $12,475.00 |
| 000043 | ERIC HENLON | 5200-000 | $8,613.02 | $29,000.00 | $8,613.02 | $8,613.02 |
| 000044 | BRANDON GULRICH | 5200-000 | $9,363.88 | $9,363.88 | $9,363.88 | $9,363.88 |
| 000045A | BENJAMIN SIEBACH | 5200-000 | $12,475.00 | $12,475.00 | $12,475.00 | $12,475.00 |
| 000046 | JIM GLOSE | 5200-000 | $6,000.08 | $6,000.08 | $6,000.08 | $6,000.08 |
| 000047 | MICHAEL LACAZE | 5200-000 | $7,211.41 | $7,211.41 | $7,211.41 | $7,211.41 |
| 000048 | JI DALEY | 5200-000 | $7,110.50 | $7,110.56 | $7,110.56 | $7,110.56 |
| 000049 | JEFFREY ALVIN CONNELLY | 5200-000 | $6,751.00 | $6,751.00 | $6,751.00 | $6,751.00 |
| 000050 | EDWARD AVERY ASHBY | 5200-000 | $7,073.16 | $7,073.16 | $7,073.16 | $7,073.16 |
| 000053 | TEXAS WORKFORCE COMMISSION | 5800-000 | NA | $764.35 | $764.35 | $764.35 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $798,114.76 | $155,191.84 | $134,804.86 | $134,804.86 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000054 | STATE OF TEXAS OFFICE OF THE | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 000052 | NIXON PEABODY LLP | 7100-000 | $3,308.02 | $6,691.26 | $0.00 | $0.00 |
| 000051 | ANN COOK | 7200-000 | $31,050.43 | $31,770.06 | $31,770.06 | $0.00 |
| 000045B | BENJAMIN SIEBACH | 7100-000 | $118,694.83 | $117,333.00 | $117,333.00 | $672.32 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000042B | MAX H. BEASLEY III | 7100-000 | $1,947.35 | $1,947.35 | $1,947.35 | $11.16 |
| 000041B | STEPHEN PRINCE | 7100-000 | NA | $280,756.24 | $280,756.24 | $1,608.72 |
| 000036 | PROLOGIS TARGETED U.S. | 7100-000 | NA | $8,972.70 | $8,972.70 | $51.41 |
| 000035 | ELECTRONIC SYSTEMS, INC. | 7100-000 | $2,728.00 | $102,602.74 | $102,602.74 | $587.92 |
| 000034 | JULIAN B. BAKER | 7100-000 | $516,024.82 | $566,412.12 | $566,412.12 | $3,245.52 |
| 000033 | FRANK J. ZOLFO | 7100-000 | $1,112,219.59 | $1,138,342.02 | $1,138,342.02 | $6,522.66 |
| 000032 | JOHN T. MENEFEE | 7100-000 | $615,800.24 | $856,089.23 | $856,089.23 | $4,905.36 |
| 000031 | MAX H. BEASLEY III | 7100-000 | $30,244.43 | $30,946.20 | $30,946.00 | $177.32 |
| 000030 | FREDERIC W. REISENER | 7100-000 | $179,142.53 | $183,304.60 | $183,304.60 | $1,050.33 |
| 000029 | JOSEPH V. RUSSELL | 7100-000 | $552,335.22 | $565,129.23 | $565,129.23 | $3,238.17 |
| 000028 | STEPHEN C. COOK | 7100-000 | $42,224.68 | $85,383.34 | $85,383.34 | $489.25 |
| 000027 | HICKORY VENTURES, L.P. | 7100-000 | $615,782.85 | $1,266,168.68 | $1,266,168.68 | $7,255.10 |
| 000026 | THE CAROLE S. FERGUSON | 7100-000 | $274,543.67 | $280,921.84 | $280,921.84 | $1,609.68 |
| 000025 | JOHN FERGUSON FAMILY TRUST | 7100-000 | $274,456.06 | $280,921.84 | $280,921.84 | $1,609.67 |
| 000024 | JACK O. BOVENDER | 7100-000 | $556,289.38 | $569,355.41 | $569,355.41 | $3,262.39 |
| 000023 | US BANK NA DBA US BANK | 7100-000 | NA | $6,360.23 | $6,360.23 | $36.44 |
| 000022 | RADIALL USA, INC. | 7100-000 | $55,500.00 | $72,795.00 | $72,795.00 | $417.11 |
| 000021 | CHARLES G. SELL | 7100-000 | $170,974.70 | $353,986.17 | $353,986.17 | $2,028.33 |
| 000020 | ANDREW W. BYRD, JR. | 7100-000 | $55,305.06 | $56,567.87 | $56,567.87 | $324.13 |
| 000019 | ANDREW W. BYRD | 7100-000 | $591,783.76 | $7,551,277.35 | $7,551,277.35 | $43,268.57 |
| 000018 | FASTENAL COMPANY | 7100-000 | $1,237.61 | $1,228.93 | $1,228.93 | $7.04 |
| 000017 | INTERCALL | 7100-000 | $533.33 | $1,599.99 | $1,599.99 | $9.17 |
| 000016 | APPOINTECH, INC. | 7100-000 | $69,464.00 | $69,464.00 | $69,464.00 | $398.03 |
| 000015 | MORPAK SPECIALTIES, INC. | 7100-000 | $35.90 | $413.21 | $413.21 | $2.37 |
| 000014 | ADVANCED FIBREOPTIC | 7100-000 | $62,020.96 | $6,890.96 | $6,890.96 | $39.48 |
| 000012 | WESTAR LLC | 7100-000 | $238.00 | $259.01 | $259.01 | $1.48 |
| 000011 | ELEAT PROTOTYPES & TOOLING | 7100-000 | $21,905.50 | $21,905.50 | $21,905.50 | $125.52 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009 | UNITED PARCEL SERVICE | 7100-000 | $646.90 | $749.87 | $749.87 | $4.30 |
| 000008 | MCKINNEY TRAILER RENTALS | 7100-000 | $1,325.00 | $3,138.20 | $3,138.20 | $17.98 |
| 000007 | VOGELIN COMPANY | 7100-000 | $309.36 | $618.72 | $618.72 | $3.55 |
| 000005 | PETER J. FIORETTI | 7100-000 | NA | $507,183.44 | $507,183.44 | $2,906.14 |
| 000004 | REASON INTERNATIONAL, INC. | 7100-000 | NA | $26,500.00 | $26,500.00 | $151.84 |
| 000003 | ANDREW W. BYRD | 7100-000 | $62,408.43 | $0.00 | $0.00 | $0.00 |
| 000002 | OEM ELECTRIC SUPPLY, LLC | 7100-000 | $1,804.07 | $19,326.18 | $19,326.18 | $110.74 |
| | A.J. Byrd | | $55,305.06 | NA | NA | $0.00 |
| | Advanced Fibreoptic Engineering | | $62,020.96 | NA | NA | $0.00 |
| | Aire Spring Inc | | $1,210.17 | NA | NA | $0.00 |
| | Alabama Power Company | | $3,566,800.00 | NA | NA | $0.00 |
| | Alexa Capital LLP | | $479.25 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $62,408.43 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $128,676.01 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $241,672.44 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $249,698.25 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $250,451.48 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $251,979.14 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $279,490.97 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $280,209.55 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $281,839.21 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $283,134.72 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $284,059.77 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $286,543.45 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $322,002.52 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $407,729.50 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $409,448.11 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andrew W. Byrd | | $417,633.79 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $453,173.12 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $509,873.18 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $537,429.25 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $562,143.23 | NA | NA | $0.00 |
| | Andrew W. Byrd | | $591,783.76 | NA | NA | $0.00 |
| | Ann Cook | | $31,050.43 | NA | NA | $0.00 |
| | Appointech, Inc. | | $69,464.00 | NA | NA | $0.00 |
| | Baltimore Gas & Electric | | $519,310.60 | NA | NA | $0.00 |
| | Bechtel BWTX Idaho, | | $28,570.80 | NA | NA | $0.00 |
| | Benjamin Siebach | | $118,694.83 | NA | NA | $0.00 |
| | Blue's Machining, LLC | | $425.00 | NA | NA | $0.00 |
| | Blumbergexcelsior XL DIV | | $139.00 | NA | NA | $0.00 |
| | Boedeker Plastics Inc | | $4,411.21 | NA | NA | $0.00 |
| | Charles G. Sell | | $64,400.49 | NA | NA | $0.00 |
| | Charles G. Sell | | $110,574.80 | NA | NA | $0.00 |
| | Charles G. Sell | | $170,974.70 | NA | NA | $0.00 |
| | Circuit Design Specialties, Inc | | $2,140.26 | NA | NA | $0.00 |
| | Cole-Parmer | | $238.00 | NA | NA | $0.00 |
| | Connecticut Plastics, Inc. | | $10,846.00 | NA | NA | $0.00 |
| | Davidson, Golden, Lundy, P.C. | | $1,201.00 | NA | NA | $0.00 |
| | Dennis Britt | | $1,947.35 | NA | NA | $0.00 |
| | ELEAT Prototypes & Tooling | | $21,905.50 | NA | NA | $0.00 |
| | Electronic Systems, Inc. | | $2,728.00 | NA | NA | $0.00 |
| | Elliott Electric Supply, Inc. | | $72,776.50 | NA | NA | $0.00 |
| | Environmental Testing | | $4,185.00 | NA | NA | $0.00 |
| | Fastenal | | $1,237.61 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fed Ex | | $37.07 | NA | NA | $0.00 |
| | Fiber Optic Center | | $6,446.00 | NA | NA | $0.00 |
| | GoFoton Corp | | $3,250.00 | NA | NA | $0.00 |
| | Grainger | | $255.95 | NA | NA | $0.00 |
| | H.L. Electronics, LLC | | $11,448.44 | NA | NA | $0.00 |
| | Hickory Ventures, L.P. | | $615,782.85 | NA | NA | $0.00 |
| | Hisco | | $141.00 | NA | NA | $0.00 |
| | IMS Solucoes de Energia Ltda. | | $39,729.00 | NA | NA | $0.00 |
| | Jack Bovender | | $556,289.38 | NA | NA | $0.00 |
| | JM Fabrication Company, LLC | | $13,888.25 | NA | NA | $0.00 |
| | Joe Russell | | $552,335.22 | NA | NA | $0.00 |
| | John Cooper | | $166,078.68 | NA | NA | $0.00 |
| | John Cooper | | $288,407.62 | NA | NA | $0.00 |
| | John Cooper | | $289,678.90 | NA | NA | $0.00 |
| | John Frank Zolfo | | $1,112,219.59 | NA | NA | $0.00 |
| | John T. Mennefee | | $220,862.25 | NA | NA | $0.00 |
| | John T. Mennefee | | $615,800.24 | NA | NA | $0.00 |
| | Julian B. Baker | | $516,024.82 | NA | NA | $0.00 |
| | Label-Aid Systems, inc. | | $230.00 | NA | NA | $0.00 |
| | LGS Technologies | | $554.40 | NA | NA | $0.00 |
| | InterCall | | $533.33 | NA | NA | $0.00 |
| | Max Beasley | | $1,947.35 | NA | NA | $0.00 |
| | Max Beasley | | $30,244.43 | NA | NA | $0.00 |
| | McKinney Trailer Rentals | | $1,325.00 | NA | NA | $0.00 |
| | Mcmaster-Carr | | $340.00 | NA | NA | $0.00 |
| | MK Magnetics | | $3,502.29 | NA | NA | $0.00 |
| | MORPAK Specialties, Inc. | | $35.90 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mouser Electronics | | $1,197.72 | NA | NA | $0.00 |
| | Newark | | $50.81 | NA | NA | $0.00 |
| | NextWarehouse, Inc. | | $1,070.00 | NA | NA | $0.00 |
| | Nixon Peabody LLP | | $3,308.02 | NA | NA | $0.00 |
| | Nordson EFD | | $201.35 | NA | NA | $0.00 |
| | Novacopy, Inc. | | $71.93 | NA | NA | $0.00 |
| | Oak Clff Office Products | | $139.88 | NA | NA | $0.00 |
| | OEM Electronic Supply LLC | | $1,804.07 | NA | NA | $0.00 |
| | OPSENS | | $1,045.73 | NA | NA | $0.00 |
| | PennWell Corp | | $10,278.38 | NA | NA | $0.00 |
| | Philip Davis | | $2,908.86 | NA | NA | $0.00 |
| | Photop Technologies, Inc. | | $44,925.00 | NA | NA | $0.00 |
| | Pitney Bowes Purchase Power | | $141.76 | NA | NA | $0.00 |
| | Polycast International | | $25,125.00 | NA | NA | $0.00 |
| | Powertech Labs Inc. | | $14,070.00 | NA | NA | $0.00 |
| | R.S. Hughes Company, Inc. | | $87.90 | NA | NA | $0.00 |
| | Radiall USA, Inc. | | $55,500.00 | NA | NA | $0.00 |
| | Rick Lucas | | $16,000.00 | NA | NA | $0.00 |
| | Rick Reisener | | $179,142.53 | NA | NA | $0.00 |
| | SBAC | | $165.00 | NA | NA | $0.00 |
| | Stephen Cook | | $41,218.60 | NA | NA | $0.00 |
| | Stephen Cook | | $42,224.68 | NA | NA | $0.00 |
| | Stephen Prince | | $391,756.24 | NA | NA | $0.00 |
| | Techni-Tool | | $1,896.40 | NA | NA | $0.00 |
| | Texas Precision Plating Inc. | | $85.00 | NA | NA | $0.00 |
| | The Carole S. Ferguson | | $274,543.67 | NA | NA | $0.00 |
| | The John Ferguson Family Trust | | $274,456.06 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | TNT USA INC | | $121.17 | NA | NA | $0.00 |
| | U.S. Bank Equipment Finance | | $167.26 | NA | NA | $0.00 |
| | Uline | | $52.50 | NA | NA | $0.00 |
| | Unlimited Service DFW - Metro | | $1,402.92 | NA | NA | $0.00 |
| | UPS | | $133.44 | NA | NA | $0.00 |
| | UPS Freight | | $646.90 | NA | NA | $0.00 |
| | UPS Supply Chain Solutions, Inc. | | $29,743.28 | NA | NA | $0.00 |
| | Verizon Wireless | | $99.44 | NA | NA | $0.00 |
| | Vitality Medical, Inc. | | $74.64 | NA | NA | $0.00 |
| | Vogelin Company | | $309.36 | NA | NA | $0.00 |
| | Westar, LLC | | $238.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,500,492.54 | $15,073,312.49 | $15,066,621.03 | $86,149.20 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **14-40550**

Case Name:  **OPTISENSE NETWORK, LLC**

Judge:  **Brenda Rhoades**

Trustee Name:  **Mark A. Weisbart**

Date Filed (f) or Converted (c):  **03/12/2014 (f)**

341(a) Meeting Date:  **04/11/2014**

Claims Bar Date:  **07/21/2014**

For Period Ending:  **02/16/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1.   Checking Account | 50.00 | 0.00 | | 0.00 | FA |
| 2.   Security Deposit | 0.00 | 0.00 | | 0.00 | FA |
| 3.   Pictures of Hong Kong | 100.00 | 0.00 | | 0.00 | FA |
| 4.   Static Free Jackets (25) | 50.00 | 0.00 | | 0.00 | FA |
| 5.   Accounts Receivable | 31,673.18 | 18,865.09 | | 18,865.09 | FA |
| 6.   Patents | 876,732.39 | 0.00 | | 0.00 | FA |
| 7.   Office Equipment | 39,376.75 | 0.00 | | 0.00 | FA |
| 8.   Machinery & Equipment | 2,178,610.94 | 0.00 | | 0.00 | FA |
| 9.   Inventory | 1,872,336.95 | 0.00 | | 0.00 | FA |
| 10.  Miscellaneous Tools & Equipment | 167,413.77 | 0.00 | | 0.00 | FA |
| 11.  Overpayment for Storage Unit Refunded by Bastian (u) | 0.00 | 118.00 | | 118.00 | FA |
| 12.  Cancelled Insurance Policy Refund (u) | 0.00 | 4,756.00 | | 4,756.00 | FA |
| 13.  Sale Per Asset Purchase Agreement (u) | 0.00 | 695,000.00 | | 695,000.00 | FA |
| 14.  Preferences Litigation (u) | 0.00 | 2,500.00 | | 0.00 | FA |
| 15.  Overdraft Bank Fees Refund (u) | 0.00 | 466.00 | | 466.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **14-40550**
Case Name:  **OPTISENSE NETWORK, LLC**

Judge:  **Brenda Rhoades**

Trustee Name:  **Mark A. Weisbart**
Date Filed (f) or Converted (c):  **03/12/2014 (f)**
341(a) Meeting Date:  **04/11/2014**
Claims Bar Date:  **07/21/2014**

For Period Ending:  **02/16/2017**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | 5,166,343.98 | 721,705.09 |  | 719,205.09 | 0.00 |

Re Prop. #13  To Purchase All Assets

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report(TFR) : 12/31/2015      Current Projected Date of Final Report(TFR) :  12/31/2016

Trustee's Signature      /s/Mark A. Weisbart      **Date:** 02/16/2017
                         Mark A. Weisbart
                         12770 Coit Road, Suite 541
                         Dallas, TX 75251
                         Phone : (972) 628-4903

**Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 14-40550 | **Trustee Name:** Mark A. Weisbart |
| **Case Name:** OPTISENSE NETWORK, LLC | **Bank Name:** First National Bank of Vinita |
| | **Account Number/CD#:** ******2661 Checking Account |
| **Taxpayer ID No:** **-***9314 | **Blanket bond (per case limit):** 300,000.00 |
| **For Period Ending:** 2/16/2017 | **Separate bond (if applicable):** 375,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/09/2014 | [5] | Duke Energy | Accounts Receivable | 1121-000 | 18,700.00 | | 18,700.00 |
| 07/08/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 13.45 | 18,686.55 |
| 08/05/2014 | [13] | Piedmont Bushings & Insulators LLC | Sale of Personal Property | 1229-000 | 16,000.00 | | 34,686.55 |
| 08/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 19.84 | 34,666.71 |
| 08/08/2014 | [5] | TERM Power & Gas LLC | Accounts Receivable | 1121-000 | 165.09 | | 34,831.80 |
| 08/15/2014 | [13] | Piedmont Bushings & Insulators LLC | Sale of Personal Property | 1229-000 | 679,000.00 | | 713,831.80 |
| 08/20/2014 | 10001 | USI Southwest Dallas<br>PO Box 3716<br>Norfold , VA 23514-3716 | Invoice No. 1420057 | 2300-000 | | 1,205.00 | 712,626.80 |
| 08/22/2014 | 1000 | Andrew J. Byrd & Peter Fioretti<br>c/o William L. Norton III<br>Bradley Arant Boult Cummings, LLP<br>1600 Division St, Suite 700<br>Nashville , TN 37203 | Payment of Secured Claims to<br>Andrew J. Byrd and Peter Fioretti per Escrow Agreement | 4210-000 | | 290,000.00 | 422,626.80 |
| | | | Page Subtotals | | 713,865.09 | 291,238.29 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | **14-40550** | | | Trustee Name: | **Mark A. Weisbart** | |
| Case Name: | **OPTISENSE NETWORK, LLC** | | | Bank Name: | **First National Bank of Vinita** | |
| | | | | Account Number/CD#: | ********2661 Checking Account** | |
| Taxpayer ID No: | **\*\*-\*\*\*9314** | | | Blanket bond (per case limit): | **300,000.00** | |
| For Period Ending: | **2/16/2017** | | | Separate bond (if applicable): | **375,000.00** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/08/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 330.50 | 422,296.30 |
| 09/16/2014 | 10002 | Shattuck & Associates<br>54 Chicon St<br>Austin , Texas 78702 | Auctioneer Fee | 3610-000 | | 4,000.00 | 418,296.30 |
| 09/30/2014 | [11] | Mark A. Weisbart<br>Convert cash from | Refund for Storage Unit Overpayment | 1290-000 | 118.00 | | 418,414.30 |
| 10/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 432.85 | 417,981.45 |
| 11/03/2014 | [12] | The Hartford | Insurance Policy Refund | 1229-000 | 4,756.00 | | 422,737.45 |
| 11/04/2014 | 10003 | Piedmont Bushings and Insulators, LLC<br>PO Box 849<br>251 Harris Bridge Road<br>Woodruff , SC 29388 | 2014 Collin County Property Taxes<br>Prorata 01/01/14 thru 08/15/14 | 2820-000 | | 8,977.48 | 413,759.97 |
| 11/07/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 443.84 | 413,316.13 |
| 12/05/2014 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 428.40 | 412,887.73 |
| 01/08/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 438.40 | 412,449.33 |

| | | | | Page Subtotals | 4,874.00 | 15,051.47 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | **14-40550** | | Trustee Name: | **Mark A. Weisbart** |
|---|---|---|---|---|
| Case Name: | **OPTISENSE NETWORK, LLC** | | Bank Name: | **First National Bank of Vinita** |
| | | | Account Number/CD#: | ********2661 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*9314** | | Blanket bond (per case limit): | **300,000.00** |
| For Period Ending: | **2/16/2017** | | Separate bond (if applicable): | **375,000.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/06/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 437.98 | 412,011.35 |
| 03/06/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 395.15 | 411,616.20 |
| 03/23/2015 | 10004 | Kenneth L. Maun<br>Collin County Tax Assessor Collector<br>P.O. Box 8046<br>McKinney , TX 75070-8046 | Acct. No. P900021204691<br>2013 Ad Valorem Taxes DueParcel:    0002901 Summit<br>AveLegal Desc:  BPP AT 2901 Summit Ave | 4800-000 | | 37,763.61 | 373,852.59 |
| 04/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 429.30 | 373,423.29 |
| 05/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 383.74 | 373,039.55 |
| 06/05/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 396.11 | 372,643.44 |
| 07/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 382.91 | 372,260.53 |
| 08/07/2015 | | First National Bank of Vinita | BANK SERVICE FEE | 2600-000 | | 395.29 | 371,865.24 |
| 09/02/2015 | 10005 | International Sureties, LTD.<br>701 Poydras Street, Suite 420<br>New Orleans , LA 70139 | Trustee Bond #022044001 | 2300-000 | | 788.00 | 371,077.24 |

| | | | Page Subtotals | | 0.00 | 41,372.09 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 14-40550 | | | | **Trustee Name:** Mark A. Weisbart | | |
| **Case Name:** OPTISENSE NETWORK, LLC | | | | **Bank Name:** First National Bank of Vinita | | |
| | | | | **Account Number/CD#:** ******2661 Checking Account | | |
| **Taxpayer ID No:** **-***9314 | | | | **Blanket bond (per case limit):** 300,000.00 | | |
| **For Period Ending:** 2/16/2017 | | | | **Separate bond (if applicable):** 375,000.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/03/2016 | [15] | Bank of America Refund Administrator | Overdraft Bank Fees Refund | 1229-000 | 105.00 | | 371,182.24 |
| 05/03/2016 | [15] | Bank of America Refund Administrator | Overdraft Bank Fees Refund | 1229-000 | 361.00 | | 371,543.24 |
| 07/07/2016 | 10006 | Marcum LLP<br>DGLF CPAs and Business Advisors<br>One SE Third Ave, Suite 1100<br>Miami , FL 33131 | Accountant for Trustee Fees<br>Client #: 161078 | | | 12,061.25 | 359,481.99 |
| | | | (11,735.25) | 3410-000 | | | |
| | | | EXPENSE  (326.00) | 3420-000 | | | |
| 08/22/2016 | 10007 | Mark A. Weisbart<br>12770 Coit Road, Suite 541<br>Dallas , TX 75251 | Attorney for Trustee Fees | | | 97,495.35 | 261,986.64 |
| | | | (94,447.50) | 3110-000 | | | |
| | | | EXPENSE  (3,047.85) | 3120-000 | | | |
| 09/06/2016 | | Transfer to Texas Capital Bank | | 9999-000 | | 261,986.64 | 0.00 |
| | | | Page Subtotals | | 466.00 | 371,543.24 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** | **14-40550** | | | **Trustee Name:** | **Mark A. Weisbart** | |
| **Case Name:** | **OPTISENSE NETWORK, LLC** | | | **Bank Name:** | **First National Bank of Vinita** | |
| | | | | **Account Number/CD#:** | ********2661 Checking Account** | |
| **Taxpayer ID No:** | **\*\*-\*\*\*9314** | | | **Blanket bond (per case limit):** | **300,000.00** | |
| **For Period Ending:** | **2/16/2017** | | | **Separate bond (if applicable):** | **375,000.00** | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| Page Subtotals | | |
| **COLUMN TOTALS** | 719,205.09 | 719,205.09 |
| Less:Bank Transfer/CD's | 0.00 | 261,986.64 |
| **SUBTOTALS** | 719,205.09 | 457,218.45 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 719,205.09 | 457,218.45 |

UST Form 101-7-TDR (10/1/2010) (Page 19)

**Exhibit 9**

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 14-40550
**Case Name:** OPTISENSE NETWORK, LLC

**Taxpayer ID No:** **-***9314
**For Period Ending:** 2/16/2017

**Trustee Name:** Mark A. Weisbart
**Bank Name:** Texas Capital Bank
**Account Number/CD#:** ******9882 Checking Account
**Blanket bond (per case limit):** 300,000.00
**Separate bond (if applicable):** 375,000.00

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/06/2016 | | Transfer from FNB of Vinita | | 9999-000 | 261,986.64 | | 261,986.64 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 305.05 | 261,681.59 |
| 10/04/2016 | | Texas Capital Bank | Bank Service Charge Refund | 2600-000 | | (305.05) | 261,986.64 |
| 11/01/2016 | 52001 | Mark Weisbart 12770 Coit Road Suite 541 Dallas, TX 75251 | Trustee's Compensation | 2100-000 | | 39,210.25 | 222,776.39 |
| 11/01/2016 | 52002 | Mark Weisbart 12770 Coit Road Suite 541 Dallas, TX 75251 | | 2200-000 | | 1,822.33 | 220,954.06 |
| 11/01/2016 | 52003 | PHILIP DAVIS 4108 Binley Drive Richardson , TX 75082 | Disb of 100.00% to Claim #000010 | 5200-000 | | 12,475.00 | 208,479.06 |
| 11/01/2016 | 52004 | GRANT KENWORTHY 725 Victorian Drive Allen , TX 75002 | Disb of 100.00% to Claim #000037 | 5200-000 | | 6,538.54 | 201,940.52 |
| | | | Page Subtotals | | 261,986.64 | 60,046.12 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 14-40550 | |
| **Case Name:** OPTISENSE NETWORK, LLC | |
| **Taxpayer ID No:** **-***9314 | |
| **For Period Ending:** 2/16/2017 | |

| | |
|---|---|
| **Trustee Name:** Mark A. Weisbart | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******9882 Checking Account | |
| **Blanket bond (per case limit):** 300,000.00 | |
| **Separate bond (if applicable):** 375,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52005 | DENNIS BRITT<br>1501 Meadow Ranch Road<br>McKinney , TX 75071 | Disb of 100.00% to Claim #000038 | 5200-000 | | 12,475.00 | 189,465.52 |
| 11/01/2016 | 52006 | MAX KENWORTHY<br>504 Dartmouth Lane<br>Allen , TX 75002 | Disb of 100.00% to Claim #000039<br>Acct # 2632 | 5200-000 | | 3,887.64 | 185,577.88 |
| 11/01/2016 | 52007 | YE LI<br>2209 Mesa Oak Trail<br>Plano , TX 75025 | Disb of 100.00% to Claim #000040 | 5200-000 | | 9,116.22 | 176,461.66 |
| 11/01/2016 | 52008 | STEPHEN PRINCE<br>3021 Seneca Drive<br>Frisco , TX 75034 | Disb of 100.00% to Claim #000041A<br>Acct # 4249 | 5200-000 | | 12,475.00 | 163,986.66 |
| 11/01/2016 | 52009 | MAX H. BEASLEY III<br>1818 Weanne Drive<br>Richardson , TX 75082 | Disb of 100.00% to Claim #000042A<br>Acct # 1680 | 5200-000 | | 12,475.00 | 151,511.66 |
| 11/01/2016 | 52010 | ERIC HENLON<br>5971 Millrace Court #102<br>Columbia , MD 21045 | Disb of 100.00% to Claim #000043<br>Acct # 8963 | 5200-000 | | 8,613.02 | 142,898.64 |
| 11/01/2016 | 52011 | BRANDON GULRICH<br>5002 Rainier Road<br>Plano , TX 75023 | Disb of 100.00% to Claim #000044 | 5200-000 | | 9,363.88 | 133,534.76 |
| | | | Page Subtotals | | 0.00 | 68,405.76 | |

UST Form 101-7-TDR (10/1/2010) (Page 21)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | **14-40550** | | | | Trustee Name: | **Mark A. Weisbart** |
| Case Name: | **OPTISENSE NETWORK, LLC** | | | | Bank Name: | **Texas Capital Bank** |
| | | | | | Account Number/CD#: | ********9882 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*9314** | | | | Blanket bond (per case limit): | **300,000.00** |
| For Period Ending: | **2/16/2017** | | | | Separate bond (if applicable): | **375,000.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52012 | BENJAMIN SIEBACH<br>604 Loving Court<br>Southlake , TX 76092 | Disb of 100.00% to Claim #000045A | 5200-000 | | 12,475.00 | 121,059.76 |
| *11/01/2016 | 52013 | JIM GLOSE<br>2723 Kensington Alley<br>Gainesville , GA 30504 | Disb of 100.00% to Claim #000046 | 5200-004 | | 6,000.08 | 115,059.68 |
| 11/01/2016 | 52014 | MICHAEL LACAZE<br>213 N. Ewing Street<br>Boyd , TX 76023 | Disb of 100.00% to Claim #000047 | 5200-000 | | 7,211.41 | 107,848.27 |
| 11/01/2016 | 52015 | JI DALEY<br>4109 Silverthorne Street<br>Richardson , TX 75082 | Disb of 100.00% to Claim #000048 | 5200-000 | | 7,110.56 | 100,737.71 |
| 11/01/2016 | 52016 | JEFFREY ALVIN CONNELLY<br>512 Lochwood Drive<br>Murphy , TX 75094 | Disb of 100.00% to Claim #000049<br>Acct # 9314 | 5200-000 | | 6,751.00 | 93,986.71 |
| 11/01/2016 | 52017 | EDWARD AVERY ASHBY<br>2237 Byron Ave.<br>Murfreesboro , TN 37129 | Disb of 100.00% to Claim #000050 | 5200-000 | | 7,073.16 | 86,913.55 |

| | | | | Page Subtotals | 0.00 | 46,621.21 | |

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-40550 | | Trustee Name: | Mark A. Weisbart |
|---|---|---|---|---|
| Case Name: | OPTISENSE NETWORK, LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******9882 Checking Account |
| Taxpayer ID No: | **-***9314 | | Blanket bond (per case limit): | 300,000.00 |
| For Period Ending: | 2/16/2017 | | Separate bond (if applicable): | 375,000.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52018 | TEXAS WORKFORCE COMMISSION<br>Regulatory Integrity Div<br>Special Action Unit<br>101 E 15th Street Rm. 556<br>Austin , TX 78778-0001 | Disb of 100.00% to Claim #000053<br>Acct # 924-9 | 5800-000 | | 764.35 | 86,149.20 |
| 11/01/2016 | 52019 | OEM ELECTRIC SUPPLY, LLC<br>c/o Norred Law, PLLC<br>200 E. Abram, Suite 300<br>Arlington , TX 76010 | Disb of 0.57% to Claim #000002<br>(2-1) Goods sold to Optisense | 7100-000 | | 110.74 | 86,038.46 |
| *11/01/2016 | 52020 | REASON INTERNATIONAL, INC.<br>5900 Southwest Parkway, Ste. 210<br>Austin , TX 78735 | Disb of 0.57% to Claim #000004<br>Optisense | 7100-003 | | 151.84 | 85,886.62 |
| 11/01/2016 | 52021 | PETER J. FIORETTI<br>201 4th Ave. North, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000005 | 7100-000 | | 2,906.14 | 82,980.48 |
| 11/01/2016 | 52022 | VOGELIN COMPANY<br>PO Box 360<br>NYA , MN 55368 | Disb of 0.57% to Claim #000007<br>Acct # 2901 | 7100-000 | | 3.55 | 82,976.93 |
| 11/01/2016 | 52023 | MCKINNEY TRAILER RENTALS<br>12008 NE Inverness Dr.<br>Portland , OR 97220 | Disb of 0.57% to Claim #000008<br>Acct # 0841 | 7100-000 | | 17.98 | 82,958.95 |

| | | | Page Subtotals | | 0.00 | 3,954.60 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) (Page 23)

**Exhibit 9**

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: **14-40550** | | Trustee Name: **Mark A. Weisbart** |
| Case Name: **OPTISENSE NETWORK, LLC** | | Bank Name: **Texas Capital Bank** |
| | | Account Number/CD#: ********9882 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*9314** | | Blanket bond (per case limit): **300,000.00** |
| For Period Ending: **2/16/2017** | | Separate bond (if applicable): **375,000.00** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52024 | UNITED PARCEL SERVICE (FREIGHT)<br>c/o Receivable Management Services ("RMS<br>P.O. Box 4396<br>Timonium , MD 21094 | Disb of 0.57% to Claim #000009<br>Acct # 9247 | 7100-000 | | 4.30 | 82,954.65 |
| 11/01/2016 | 52025 | ELEAT PROTOTYPES & TOOLING<br>427 Blue Mound Road East<br>Haslet , TX 76052 | Disb of 0.57% to Claim #000011 | 7100-000 | | 125.52 | 82,829.13 |
| 11/01/2016 | 52026 | WESTAR LLC<br>PO Box 79<br>814 East 1st Ave.<br>Dorchester , WI 54425 | Disb of 0.57% to Claim #000012<br>17832 | 7100-000 | | 1.48 | 82,827.65 |
| 11/01/2016 | 52027 | ADVANCED FIBREOPTIC ENGINEERING LTD<br>16 Thorneyu ley Business Park | Disb of 0.57% to Claim #000014<br>Acct # 2312 | 7100-000 | | 39.48 | 82,788.17 |
| 11/01/2016 | 52028 | MORPAK SPECIALTIES, INC.<br>2500 Discovery Blvd<br>Rockwall , TX 75032 | Disb of 0.57% to Claim #000015 | 7100-000 | | 2.37 | 82,785.80 |
| 11/01/2016 | 52029 | APPOINTECH, INC.<br>6F-2, No. 192, Tung-Kuan Road | Disb of 0.57% to Claim #000016 | 7100-000 | | 398.03 | 82,387.77 |
| 11/01/2016 | 52030 | INTERCALL<br>Attn: Melody Lohr<br>7171 Mercy Rd, Ste 200<br>Omaha , NE 68106 | Disb of 0.57% to Claim #000017<br>Acct # 8820 | 7100-000 | | 9.17 | 82,378.60 |
| | | | Page Subtotals | | 0.00 | 580.35 | |

UST Form 101-7-TDR (10/1/2010) (Page 24)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 14-40550 | **Trustee Name:** Mark A. Weisbart | |
| **Case Name:** OPTISENSE NETWORK, LLC | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******9882 Checking Account | |
| **Taxpayer ID No:** **-***9314 | **Blanket bond (per case limit):** 300,000.00 | |
| **For Period Ending:** 2/16/2017 | **Separate bond (if applicable):** 375,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52031 | FASTENAL COMPANY<br>2001 Theurer Blvd.<br>Winona , MN 55987 | Disb of 0.57% to Claim #000018<br>Acct # PNTX | 7100-000 | | 7.04 | 82,371.56 |
| 11/01/2016 | 52032 | ANDREW W. BYRD<br>201 4th Ave. North<br>Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000019 | 7100-000 | | 43,268.57 | 39,102.99 |
| 11/01/2016 | 52033 | ANDREW W. BYRD, JR.<br>201 4th Ave. North, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000020 | 7100-000 | | 324.13 | 38,778.86 |
| 11/01/2016 | 52034 | CHARLES G. SELL<br>201 Fourth Avenue North, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000021 | 7100-000 | | 2,028.33 | 36,750.53 |
| 11/01/2016 | 52035 | RADIALL USA, INC.<br>8950 South 52nd Street, Suite 401<br>Tempe , AZ 85284 | Disb of 0.57% to Claim #000022<br>Acct # 0011 | 7100-000 | | 417.11 | 36,333.42 |
| 11/01/2016 | 52036 | US BANK NA DBA US BANK EQUIPMENT FI<br>1310 Madrid Street<br>Marshall , MN 56258 | Disb of 0.57% to Claim #000023<br>Acct # 7362 | 7100-000 | | 36.44 | 36,296.98 |
| 11/01/2016 | 52037 | JACK O. BOVENDER<br>201 4th Ave. North, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000024 | 7100-000 | | 3,262.39 | 33,034.59 |
| | | | Page Subtotals | | 0.00 | 49,344.01 | |

UST Form 101-7-TDR (10/1/2010) (Page 25)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **14-40550**
Case Name: **OPTISENSE NETWORK, LLC**

Trustee Name: **Mark A. Weisbart**
Bank Name: **Texas Capital Bank**
Account Number/CD#: ********9882 Checking Account**

Taxpayer ID No: **\*\*-\*\*\*9314**
For Period Ending: **2/16/2017**

Blanket bond (per case limit): **300,000.00**
Separate bond (if applicable): **375,000.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52038 | JOHN FERGUSON FAMILY TRUST<br>201 4th Ave. North, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000025 | 7100-000 | | 1,609.67 | 31,424.92 |
| 11/01/2016 | 52039 | THE CAROLE S. FERGUSON RESIDENCE TR<br>201 4th Ave. North, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000026 | 7100-000 | | 1,609.68 | 29,815.24 |
| 11/01/2016 | 52040 | HICKORY VENTURES, L.P.<br>201 4th Ave. North<br>Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000027 | 7100-000 | | 7,255.10 | 22,560.14 |
| 11/01/2016 | 52041 | STEPHEN C. COOK<br>444 Bay Point Dr.<br>Gallatin , TN 37066 | Disb of 0.57% to Claim #000028 | 7100-000 | | 489.25 | 22,070.89 |
| 11/01/2016 | 52042 | JOSEPH V. RUSSELL<br>201 4th Ave. N, Suite 1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000029 | 7100-000 | | 3,238.17 | 18,832.72 |
| 11/01/2016 | 52043 | FREDERIC W. REISENER<br>201 Fourth Avenue North<br>Suite1250<br>Nashville , TN 37219 | Disb of 0.57% to Claim #000030 | 7100-000 | | 1,050.33 | 17,782.39 |

Page Subtotals    0.00    15,252.20

UST Form 101-7-TDR (10/1/2010) (Page 26)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 14-40550 | | | Trustee Name: | Mark A. Weisbart | |
| Case Name: | OPTISENSE NETWORK, LLC | | | Bank Name: | Texas Capital Bank | |
| | | | | Account Number/CD#: | ******9882 Checking Account | |
| Taxpayer ID No: | **-***9314 | | | Blanket bond (per case limit): | 300,000.00 | |
| For Period Ending: | 2/16/2017 | | | Separate bond (if applicable): | 375,000.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52044 | MAX H. BEASLEY III aka Tev Beasley 201 4th Ave. Suite 1250 Nashville , TN 37219 | Disb of 0.57% to Claim #000031 | 7100-000 | | 177.32 | 17,605.07 |
| 11/01/2016 | 52045 | JOHN T. MENEFEE 201 4th Ave. North, Suite 1250 Nashville , NT 37219 | Disb of 0.57% to Claim #000032 (32-1) loan | 7100-000 | | 4,905.36 | 12,699.71 |
| 11/01/2016 | 52046 | FRANK J. ZOLFO 7600 Bayshore Drive, Apt #1201A Treasure Island , FL 33706 | Disb of 0.57% to Claim #000033 | 7100-000 | | 6,522.66 | 6,177.05 |
| 11/01/2016 | 52047 | JULIAN B. BAKER 201 4th Ave. North Suite 1250 Nashville , TN 37219 | Disb of 0.57% to Claim #000034 (34-1) loan | 7100-000 | | 3,245.52 | 2,931.53 |
| 11/01/2016 | 52048 | ELECTRONIC SYSTEMS, INC. Jeff Tornow 600 E. 50th Street North Sioux Falls , SD 57104-0633 | Disb of 0.57% to Claim #000035 Acct # 1135 | 7100-000 | | 587.92 | 2,343.61 |
| 11/01/2016 | 52049 | PROLOGIS TARGETED U.S. LOGISTICS FU Logistics Fund L.P. Mr. Jan Kneisel 4545 Airport Way Denver , COLORADO 80239 | Disb of 0.57% to Claim #000036 | 7100-000 | | 51.41 | 2,292.20 |
| | | | Page Subtotals | | 0.00 | 15,490.19 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **14-40550**

Case Name: **OPTISENSE NETWORK, LLC**

Taxpayer ID No: **\*\*-\*\*\*9314**

For Period Ending: **2/16/2017**

Trustee Name: **Mark A. Weisbart**

Bank Name: **Texas Capital Bank**

Account Number/CD#: **\*\*\*\*\*\*9882 Checking Account**

Blanket bond (per case limit): **300,000.00**

Separate bond (if applicable): **375,000.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/01/2016 | 52050 | STEPHEN PRINCE<br>3021 Seneca Drive<br>Frisco , TX 75034 | Disb of 0.57% to Claim #000041B<br>Acct # 4249 | 7100-000 | | 1,608.72 | 683.48 |
| 11/01/2016 | 52051 | MAX H. BEASLEY III<br>1818 Weanne Drive<br>Richardson , TX 75082 | Disb of 0.57% to Claim #000042B<br>Acct # 1680 | 7100-000 | | 11.16 | 672.32 |
| 11/01/2016 | 52052 | BENJAMIN SIEBACH<br>604 Loving Court<br>Southlake , TX 76092 | Disb of 0.57% to Claim #000045B | 7100-000 | | 672.32 | 0.00 |
| *12/08/2016 | | JIM GLOSE<br>2723 Kensington Alley<br>Gainesville , GA 30504 | Stop Payment on Check 52013 | 5200-004 | | (6,000.08) | 6,000.08 |
| 12/09/2016 | 52053 | JIM GLOSE<br>2724 Kensington Alley<br>Gainesville , GA 30504 | Disb of 0.57% to Claim #000046 | 5200-000 | | 6,000.08 | 0.00 |
| *01/25/2017 | | REASON INTERNATIONAL, INC.<br>5900 Southwest Parkway, Ste. 210<br>Austin , TX 78735 | Disb of 0.57% to Claim #000004<br>Optisense | 7100-003 | | (151.84) | 151.84 |
| 01/25/2017 | 52054 | Clerk of the Court<br>Wells Fargo Bank Building<br>660 N Central Expressway, 3rd Floor<br>Plano, TX 75074 | Unclaimed Funds<br>000004 - REASON INTERNATIONAL, INC. | 7100-000 | | 151.84 | 0.00 |
| | | | Page Subtotals | | 0.00 | 2,292.20 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | **14-40550** | | Trustee Name: | **Mark A. Weisbart** |
|---|---|---|---|---|
| Case Name: | **OPTISENSE NETWORK, LLC** | | Bank Name: | **Texas Capital Bank** |
| | | | Account Number/CD#: | ********9882 Checking Account** |
| Taxpayer ID No: | **\*\*-\*\*\*9314** | | Blanket bond (per case limit): | **300,000.00** |
| For Period Ending: | **2/16/2017** | | Separate bond (if applicable): | **375,000.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | 261,986.64 | 261,986.64 | |
| Less:Bank Transfer/CD's | 261,986.64 | 0.00 | |
| **SUBTOTALS** | 0.00 | 261,986.64 | |
| Less: Payments to Debtors | | 0.00 | |
| **Net** | 0.00 | 261,986.64 | |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 719,205.09 | |
| All Accounts Gross Disbursements: | 719,205.09 | |
| All Accounts Net: | 0.00 | |

| **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
|---|---|---|---|
| ******2661 Checking Account | 719,205.09 | 457,218.45 | . |
| ******9882 Checking Account | 0.00 | 261,986.64 | |
| **NetTotals** | 719,205.09 | 719,205.09 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 29)                                    **Exhibit 9**